**\*\*E-filed 3/24/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA MAPES, | No. C 10-3922 RS |
| Plaintiff, | |
| v. | **ORDER TO REASSIGN ACTION** |
| CITY OF UNION CITY, et al., | |
| Defendants. | |

Upon filing, this action was randomly assigned to Magistrate Judge Spero. Defendants filed a written consent to the jurisdiction of Judge Spero to preside over all proceedings in the matter through trial and entry of judgment. Plaintiff did not file a consent at that time, but subsequently has done so. Accordingly, this action shall be reassigned to Judge Spero for all further proceedings.

IT IS SO ORDERED.

Dated: 3/23/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE