1  Edward L. Kreisberg (SBN 179528)
   ekreisberg@meyersnave.com
2  Nancy Park (SBN: 236750)
   npark@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, California 94607
   Telephone: 510.808.2000
5  Facsimile: 510.444.1108

6  Attorneys for Defendant
   CITY OF UNION CITY
7
   DENISE EATON MAY (SBN 116780)
8  Attorney At Law
   15250 Hesperian Blvd., Suite 200
9  San Leandro, California 94578
   Telephone: 510.888.1345
10 Facsimile: 510.315.3015

11 Attorney for Plaintiff
   LAURA MAPES
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LAURA MAPES, | CASE NO. C10-03922 JCS |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED]** ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| THE CITY OF UNION CITY, | |
| Defendant. | |

Upon receiving the parties Joint Stipulation and request to continue the Case Management Conference and upon finding good cause therefor, this Court hereby orders:

The Case Management Conference currently scheduled for April 22, 2011 will be rescheduled to __May 27__, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: __4/18__, 2011

_____
HON. _____
United States _____ Judge
(Judge Joseph C. Spero)

1630344.1

[Proposed] Order Continuing CMC                                    Case No. C10-03922 JCS