**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    LAURA MAPES,                           No. C 10-03922 JCS
8              Plaintiff(s),
                                            **ORDER OF DISMISSAL**
9         v.
10   THE CITY OF UNION CITY,
11             Defendant(s).
12   _____/
13        The Court  having been advised that the parties have agreed to a settlement of this case,
14        IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided,
15   however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service
16   of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been
17   delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the
18   calendar to be set for trial.
19        IT IS SO ORDERED.
20
21   Dated: June 21, 2011
22                                          _____
                                            JOSEPH C. SPERO
23                                          United States Magistrate Judge
24
25
26
27
28